IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
TIME:_____

JUN 0 8 2006

JAMES BONINI, Clerk
COLUMBUS, OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA : | CASE NO. CR 2-98-025 (1) |
| vs. : | |
| : | JUDGE MARBLEY |
| KRISTON KENT MANNING : | |

### ORDER TO WITHDRAW OR DISMISS ARREST WARRANT

The United States Attorney has moved the Court for an Order withdrawing or dismissing the Warrant for Arrest for Defendant Kriston Kent Manning. Accordingly, having been advised in the premises, this Court hereby withdraws and dismisses the Warrant for Arrest previously filed in this case for Defendant Kriston Kent Manning.

IT IS SO ORDERED.

_____
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

June 8, 2006
(Date)