IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, | : |
| Plaintiffs, | : Case No. 98-CR-025 |
| v. | : |
| | : JUDGE MARBLEY |
| KRISTON MANNING, | : |
| Defendant. | : |

## OPINION AND ORDER

This matter comes before the Court on Defendant's Motion to Correct Judgment. On May 17, 2007, this Court entered a judgment against Defendant in which it sentenced him to 12 months and 1 day in prison to be followed by 3 months home confinement. Defendant contends that at his sentencing hearing on April 27, 2007, this Court stated that the 3 months home confinement would be part of his term of incarceration – i.e., Defendant would serve 9 months and 1 day in prison to be followed by 3 months in home confinement.

The Court has reviewed the transcript of the April 27, 2007 sentencing hearing and finds that the Court intended to impose a split sentence: The Defendant was sentenced to a total of 12 months and 1 day of incarceration; Defendant is to spend 9 months and 1 day of that sentence in prison and the subsequent 3 months in home confinement. Thus, Defendant's Motion is **GRANTED**. This order shall serve as an amended judgment.

**IT IS SO ORDERED.**

1

_____
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATED: June 28, 2007